UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-134-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JERRY COLIN SOLOMON, JR. ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 21, 2010. The United States was represented by AUSA Sarah Kate Vaughan and the defendant by Kevin Peck. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 6, 2006 by the Honorable Robert S. Lasnik on a charge of Sexual Assault of a Minor, and sentenced to thirty-three months custody, three years supervised release. (Dkt. 32.)

The conditions of supervised release included the standard conditions plus the requirements that defendant abstain from alcohol and participate in alcohol treatment, be prohibited from entering any establishment where alcohol is the primary commodity for sale,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a drug testing program, submit to search, participate in a mental health program/sexual offender treatment program and make reasonable progress therein, have no unsupervised contact with minor children, submit to polygraph examination, follow all other lifestyle restriction or treatment requirements imposed by his therapist, and not possess or use any sexually explicit material.

On September 26, 2008, defendant's supervised release was modified to require satisfactory participation in a residential reentry program for up to 180 days. (Dkt. 34.)

On August 24, 2009, defendant admitted violating the conditions of supervised release by failing to follow the instructions of his probation officer, failing to register with the state sex offender registration agency, and failing to report to his probation officer within 72 hours of release from the federal Bureau of Prisons. (Dkt. 45.) Defendant was sentenced to 10 months in custody, 26 months supervised release. (Dkt. 49.) Additional conditions required the defendant to not go to places within 100 feet of an area where minors are known to frequent, have his residence pre-approved by the probation office, have no direct or indirect contact of any kind with the victim, and reside in a residential reentry center for up to 120 days.

In an application dated December 6, 2010 (Dkt. 50, 51), U.S. Probation Officer Donald E. Moon alleged the following violations of the conditions of supervised release:

1. Committing the crime of Theft 3rd, on or about November 1, 2010, in violation of a general condition not to commit another federal, state, or local crime.

2. Associating with persons engaged in criminal activity, Clarissa A. Hill-Old Crow, on or about November 1, 2010, in violation of standard condition number 9.

3. Failing to truthfully answer all inquiries of the probation office on November 5,

01  2010, in violation of standard condition number 3.

02      4.   Failing to notify the probation office at least ten days prior to any change in
03  residence on or about November 15, 2010, in violation of standard condition number 6.

04      5.   Failing to submit a truthful and complete written report within the first five days
05  of each month for the months of May, June, July, August, and September 2010, in violation of
06  standard condition number 2.

07      Defendant was advised in full as to those charges and as to his constitutional rights.

08      Defendant admitted alleged violation 1 and waived any evidentiary hearing as to whether
09  it occurred. The government moved to dismiss alleged violations 2-5.

10      I therefore recommend the Court find defendant violated his supervised release as alleged
11  in violation 1, and that the Court conduct a hearing limited to the issue of disposition. I
12  recommend the Court dismiss alleged violations 2-5. The next hearing will be set before Judge
13  Lasnik.

14      Pending a final determination by the Court, defendant has been detained.

15      DATED this 21st day of December, 2010.

16
17                                  _____
                                    Mary Alice Theiler
18                                  United States Magistrate Judge

19  cc:   District Judge:           Honorable Robert S. Lasnik
          AUSA:                     Sarah Kate Vaughan
20        Defendant's attorney:     Kevin Peck
          Probation officer:        Donald E. Moon
21
22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3